UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK CHRISTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-0278 (UNA) |
| ) | |
| DEMOCRATIC AND REPUBLICAN PARTIES, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OPINION

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). Plaintiff purports to sue the "Democratic and Republican Parties," Compl. at 1 (caption), in addition to assorted judges and a public defender, *see id*. at 13-14, but the Court cannot discern what viable claim or claims plaintiff intends to bring. Because the complaint falls far short of stating a viable claim, it is subject to dismissal. *See McGuire v. U.S. District Court*, No. 10-cv-0696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.).

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice. A separate order will issue.

DATE: February 25, 2025                    /s/
                                            RUDOLPH CONTRERAS
                                            United States District Judge